UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID MARISCAL, | ) | |
| Petitioner, | ) | 3:07-cv-00296-LRH-VPC |
| vs. | ) | **ORDER** |
| E.K. MCDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is respondents' first motion for enlargement of time in which to file a response to the petition for writ of habeas corpus (docket #9).  Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**.  Respondents shall have up to and including August 14, 2008, in which to file and serve a response to the petition for writ of habeas corpus.

DATED this 30th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE