UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID MARISCAL,

      Petitioner,                    3:07-cv-00296-LRH-VPC

vs.                                     ORDER

HOWARD SKOLNIK, *et al.*,

      Respondents.

Before the court are respondents' second and third motions for enlargement of time in which to file a response to the petition for writ of habeas corpus (docket #13 and #14). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motions are **GRANTED**. Respondents shall have up to and including October 23, 2008, in which to file and serve a response to the petition for writ of habeas corpus.

DATED this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE