UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID MARISCAL, | ) | |
| Petitioner, | ) | 3:07-cv-00296-LRH-VPC |
| vs. | ) | ORDER |
| E.K. MCDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is petitioner's first motion for enlargement of time in which to file an opposition to respondents' motion to dismiss the petition for writ of habeas corpus (docket #33). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including April 17, 2009, in which to file an opposition to the motion to dismiss.

DATED this 29th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE